**SEALED**

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>EDWARD THOMAS SCHINZING,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  3:20-mj-176<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 29, 2020__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 844(f)(1) | Whoever maliciously damages or destroys, or attempts to damage or destroy, by means of fire, any building, other personal or real property in whole or in part or possessed by any institution or organization receiving Federal financial assistance, shall be imprisoned for not less than 5 years and not more than 20 years, fined under this title, or both. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Cynthia Chang*
Complainant's signature

Cynthia M. Chang, Special Agent/CFI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  6:04  a.m./p̶.̶m̶.

Date:  07/27/2020

*Jolie A. Russo*
Judge's signature

City and state:  Portland, Oregon
Jolie A. Russo, U.S. Magistrate Judge
Printed name and title