UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>EDWARD THOMAS SCHINZING,<br><br>Defendant. | 3:20-mj-176<br>_____<br><br>ORDER TO SEAL COMPLAINT AND ARREST WARRANTS AND RELATED MATERIALS<br><br>UNDER SEAL |

Based on the Motion of the government, the Court finds that an ongoing criminal investigation may be seriously jeopardized by public disclosure at this time of the criminal complaint-related documents associated with the above-referenced case.

IT IS ORDERED that the Criminal Complaint, attachments thereto, and Affidavit for Complaint and Arrest Warrant, the Return, this Order, the underlying Motion to Seal, and any further pleadings filed in this matter are SEALED until further order of this Court, except that the government may furnish copies of each document to the affiant and the affiant's investigative agency for their investigative needs.

/ / /

/ / /

**Order to Seal Complaint and Arrest Warrant and Related Materials**    **Page 1**

IT IS FURTHER ORDERED that the government is authorized to provide copies of the Criminal Complaint, attachments thereto, and Affidavit for Complaint and Arrest Warrant and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated: July 27, 2020

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

Presented by:

BILLY J. WILLIAMS
United States Attorney

*/s/ William M. Narus*_____
WILLIAM M. NARUS, CASB #243633
Assistant United States Attorney